1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff  YVONNE SCOTT
6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12  YVONNE SCOTT,                        )  Case No.:   10-CV-2487 BZ
                                         )
13          Plaintiff,                   )  STIPULATION TO EXTEND
                                         )  BRIEFING SCHEDULE
14      vs.                              )
                                         )
15  MICHAEL J. ASTRUE, Commissioner      )
                                         )
16  of Social Security,                  )
                                         )
17          Defendant                    )
                                         )
18

19      Plaintiff Yvonne Scott ("Plaintiff") and defendant Michael Astrue,

20  Commissioner of Social Security ("Defendant"), through their undersigned counsel

21  of record, hereby stipulate, subject to the approval of the Court, to extend the time

22  for Plaintiff to file Plaintiff's Motion for Summary Judgment to March 18, 2011;

23  and that Defendant shall have until April 18, 2011, to file his opposition, if any is

24  forthcoming.  Any reply by plaintiff will be due May 2, 2011.

25

26

-1-

1  An extension of time is needed to properly address the issues in the
2  administrative record.  Counsel for plaintiff sincerely apologizes to the court for
3  any inconvenience this may have had upon it or its staff.

5  DATE: January 31, 2011,           Respectfully submitted,
6                                    LAW OFFICES OF LAWRENCE D. ROHLFING
7                                          /s/ *Steven G. Rosales*
                              BY: _____
8                                    Steven G. Rosales
                                     Attorney for plaintiff YVONNE SCOTT

10 DATED:  January 31, 2011          MELINDA HAAG
                                     United States Attorney

13                                   */S/- *Elizabeth Firer*

14                                   _____
                                     Elizabeth Firer
15                                   Special Assistant United States Attorney
                                     Attorney for Defendant
16                                   [*Via email authorization]

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including March 18, 2010, in which to file Plaintiff's Motion for Summary
3 Judgment; Defendant may have an extension of time to April 18, 2011 to consider
4 the contentions raised in Plaintiff's Motion for Summary Judgment, and file any
5 opposition if necessary. Any reply by plaintiff will be due May 2, 2010.
6    IT IS SO ORDERED.
7 DATE:  February 1, 2011

8 _____
   THE HONORABLE BERNARD ZIMMERMAN
9 UNITED STATES MAGISTRATE JUDGE

-3-