1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff  YVONNE SCOTT
6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12 | YVONNE SCOTT,              ) Case No.:  10-CV-2487 BZ
13 |                            )
   |        Plaintiff,          ) STIPULATION TO EXTEND
14 |                            ) BRIEFING SCHEDULE
   |     vs.                    )
15 |                            )
   | MICHAEL J. ASTRUE, Commissioner )
16 | of Social Security,        )
   |                            )
17 |        Defendant           )
   |                            )
18

19      Plaintiff Yvonne Scott ("Plaintiff") and defendant Michael Astrue,

20 Commissioner of Social Security ("Defendant"), through their undersigned counsel

21 of record, hereby stipulate, subject to the approval of the Court, to extend the time

22 for Plaintiff to file Plaintiff's Motion for Summary Judgment to May 18, 2011; and

23 that Defendant shall have until June 20, 2011, to file his opposition, if any is

24 forthcoming.  Any reply by plaintiff will be due July 5, 2011.

25

26

1    An extension of time for plaintiff is needed to allow plaintiff to secure
2  additional counsel or prepare the moving papers *pro se* in light of the filing of the
3  Request For Approval Of Substitution of Attorney/Pro Se and Order.  Counsel
4  sincerely apologizes to the court for any inconvenience this may have had upon it
5  or its staff.

8  DATE: March 17, 2011,          Respectfully submitted,

9                                 LAW OFFICES OF LAWRENCE D. ROHLFING
10                          /s/ Steven G. Rosales
                        BY: _____
11                             Steven G. Rosales
                               Attorney for plaintiff YVONNE SCOTT

13  DATED:  March 17, 2011        MELINDA L. HAAG
                                  United States Attorney

16                                */S/- *Elizabeth Firer*

17                                _____
                                  Elizabeth Firer
18                                Special Assistant United States Attorney
                                  Attorney for Defendant
19                                [*Via email authorization]

-2-

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2  and including May 18, 2010, in which to file Plaintiff's Motion for Summary
3  Judgment; Defendant may have an extension of time to June 20, 2011 to consider
4  the contentions raised in Plaintiff's Motion for Summary Judgment, and file any
5  opposition if necessary.  Any reply by plaintiff will be due May 2, 2010.
6  IT IS SO ORDERED.
7  DATE: March 17, 2011

_____
THE HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE