Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yvonne Scott <br> Plaintiff(s) <br> v. <br> Michael Astrue, Commissioner of Social Security <br> Defendant(s). | CASE NUMBER: <br> 3:10-CV-2487 BZ <br><br> **ORDER ON <br> REQUEST FOR APPROVAL OF <br> SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

　　　Yvonne Scott　　　☒ Plaintiff　☐ Defendant　☐ Other
　　　*Name of Party*

to substitute　Yvonne Scott　who is

　☐ Retained Counsel　☐ Counsel appointed by the Court (Criminal cases only)　☒ Pro Se

615 Nevin Avenue Apt B
*Street Address*

Richmond, CA, 94801
*City, State, Zip*　　　　　　　　　　　　　　　　　　　*E-Mail Address*

(510) 412-3548　　　　　　　　　　　　　　　　　　　Pro Se
*Telephone Number*　　　*Fax Number*　　　*State Bar Number*

as attorney of record in place and stead of　Steven G. Rosales
　　　　　　　　　　　　　　　　　　　　　　　*Present Attorney*

**is hereby**　☒ **GRANTED**　　☐ **DENIED**
**Plaintiff is reminded her motion for summary judgment is due May 18, 2011.**

Dated　March 17, 2011　　　　　　　　　　　*/s/ Bernard Zimmerman*
　　　　　　　　　　　　　　　　　　　　　　U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.