UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE SCOTT,<br><br>            Plaintiff(s),<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>            Defendant(s). | No. C10-2487 BZ<br><br>**FILING ORDER** |

On March 17, 2011, plaintiff was ordered to file her summary judgment motion by May 18, 2011. Docket No. 19. Plaintiff has failed to do this. **IT IS HEREBY ORDERED** that plaintiff shall file her summary judgment motion by **July 20, 2011** or this matter will be dismissed for lack of prosecution and failure to comply with court orders.

Plaintiff may wish to consult the Pro Se Handbook, a manual for parties without lawyers, which is available for public viewing at the Court's internet site: http://www.cand.uscourts.gov. Alternatively, attached is information about the Volunteer Legal Services Program's Legal

1

1 | Help Center for pro se litigants.  The Court suggests that
2 | plaintiff make an appointment with the Center in order to
3 | continue timely prosecution of her case.
4 | Dated: June 20, 2011

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SCOTT V. ASTRUE\FILING ORDER.wpd

2