YVONNE SCOTT
615 Nevin Avenue, Apt. B
Richmond, CA 94801
(510) 412-3548

Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE SCOTT, | CIVIL NO. 10-CV-2487-BZ |
| Plaintiff, | STIPULATION EXTENDING TIME FOR FILING MOTION FOR SUMMARY JUDGMENT OR REMAND |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

The parties hereto, by and through their undersigned attorneys hereby stipulate that Plaintiff, Yvonne Scott, shall have an additional ninety days, through October 18, 2011, in which to file and serve a motion for summary judgment or remand in this action. This extension is necessary to permit Plaintiff to find an attorney to represent herself in this matter.

Dated: July 20, 2011              By: _Yvonne Scott_
                                  Plaintiff in Pro Per

Dated: 7/20/11                    By: _Alena Bond_ for Elizabeth FiReR
                                  Special Assistant United States Attorney

SO ORDERED
Dated: 7/21/2011                  By: _____
                                  United States District Judge

---
STIPULATION EXTENDING TIME; CASE NO. 10-CV-2487-BZ

1