UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE SCOTT,<br><br>        Plaintiff(s),<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant(s). | No. C10-2487 BZ<br><br>**ORDER DISMISSING CASE** |

On March 17, 2011, Plaintiff was ordered to file her summary judgment motion by May 18, 2011.[1] (Docket No. 19.) Plaintiff failed to do so, and on June 20, 2011, I ordered Plaintiff to file her summary judgment motion by July 20, 2011 and advised Plaintiff that if she failed to file her motion, this matter would be dismissed for lack of prosecution and failure to comply with court orders. (Docket No. 19.) On July 21, 2011, the deadline for Plaintiff to file her long

---

[1] Both parties have consented to my jurisdiction pursuant to 28 U.S.C. § 636(c).

1

1   overdue summary judgment motion was extended to October 18,
2   2011.  (Docket No. 22.)  Plaintiff has still not moved for
3   summary judgment.  Accordingly, **IT IS ORDERED** that Plaintiff's
4   case is **DISMISSED** for lack of prosecution.
5   Dated: November 16, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SCOTT V. ASTRUE\ORDER DISMISSING CASE.wpd